IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON, on behalf of himself
and all others similarly situated                                          PLAINTIFF

v.                              No. 2:12-cv-123-DPM

RONNIE WHITE, in his official capacity; ULESS
WALLACE and JOHN DOES 1–5, individually and
in their official capacities                                              DEFENDANTS

### ORDER

The motion to dismiss is denied without prejudice. Everyone would benefit, though, from greater specificity and clarity in Covington's pleading. An amended complaint is the best course.

Covington must:

- Plead the date of the arrest, what Covington was arrested for, and some specific circumstances of the arrest and alleged beating;

- Plead the names of the two arresting officers, or explain why he cannot;

- Plead against specific defendants (or explain why he cannot) details about the alleged denial of medical care sufficient to state a plausible claim;

- Clarify whether he is suing Wallace in his individual capacity, and if so,

plead facts about his individual actions that state a particular claim;

- Clarify why the City can be responsible in law for the alleged will-call policy when Covington (and others) were in the custody of Phillips County very soon after arrest; and

- Eliminate generic allegations against "all Defendants" and unclear allegations against "Defendant" given the capacity issues and the several defendants.

Motion, *Document No. 7*, denied without prejudice. Amended complaint due by 29 March 2013.

    So Ordered.

                                    */s/ D.P. Marshall Jr.*
                                    D.P. Marshall Jr.
                                    United States District Judge

                                    4 March 2013