IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON, on behalf of
himself and all others similarly situated                  PLAINTIFF

v.                No. 2:12-cv-123-DPM

ULESS WALLACE, individually and in his
official capacity; NEAL BYRD, in his official
capacity; and HERMAN HALL, individually
and in his official capacity                          DEFENDANTS

### ORDER

Covington's unopposed motion to dismiss, № 72, is granted. All claims against Herman Hall in his individual capacity are dismissed without prejudice. FED. R. CIV. P. 41(a)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 May 2014