IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON, on behalf of
himself and all others similarly situated                       PLAINTIFF

v.                      No. 2:12-cv-123-DPM

ULESS WALLACE, individually and
in his official capacity; NEAL BYRD,
in his official capacity; and HERMAN
HALL, in his official capacity                                DEFENDANTS

ORDER

Covington's unopposed motion to dismiss, № 82, is granted. All claims against Uless Wallace in his individual capacity are dismissed without prejudice. FED. R. CIV. P. 41(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2014