IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON, on behalf of
himself and all others similarly situated                    PLAINTIFF

v.                          No. 2:12-cv-123-DPM

ULESS WALLACE, HERMAN HALL, and
NEAL BYRD, all in their official capacities                  DEFENDANTS

ORDER

Covington has moved for various things.

**1.** Covington's individual jail-conditions claim is dismissed without prejudice. The January trial on that issue is cancelled. The parties' December 19th pretrial filings are cancelled. № 127.

**2.** The draft notice is a good start. The Court has made proposed changes, *see attached*, to refine the class definition and respond to the City's concerns. Overall, the notice needs to be plainer, shorter, and easier to understand. Joint report with a further-revised draft, based on collaboration by all parties, due by 23 December 2014.

**3.** The Court doubts whether notice will be expensive. Processing claims may be. The Court grants Covington permission to file a petition for interim fees and expenses against Byrd only. The County's liability is established; the

City's (through Wallace and Hall) is not. Covington's request to hire a claims administrator is denied without prejudice: the Court needs more information (for example, about the number of likely claims and the cost of administration) before it can make a judgment about an administrator.

4. Covington's request to have the first-appearance trial on 20 January 2015, the date held for the conditions claim, is denied based on the City's objections. *№ 137 & 138*. Are all counsel available for trial the week of 9 February 2015? This may be a possibility. What about the week of 9 March 2015, either before or after any trial in the related excessive-force case? We should be able to do both in one week.

5. Covington's new motion, *№ 135*, is a bit puzzling. The Court thought everyone agreed that we needed a trial soon solely on the City's liability, with damages issues left hanging until liability for the City and the County is resolved.

* * *

Motion, *№ 129*, granted in part and denied in part. Motion, *№ 135*, denied as moot because there will be bifurcation.

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 December 2014