IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON, on behalf of
himself and all others similarly situated                    PLAINTIFF

v.                     No. 2:12-cv-123-DPM

ULESS WALLACE, HERMAN HALL, and
NEAL BYRD, all in their official capacities                  DEFENDANTS

ORDER

Here's the agenda for the 29 January 2015 hearing.

- Finish the notice and opt-out form. Draft opt-out form due by 26 January 2015.

- Help the Court decide how notice is to be given (by mail, newspaper, or other method). Be prepared to give notice almost immediately so we'll know who's in and who's out by the 9 March 2015 trial date.

- Resolve the claims-administrator issue. Come prepared with the number of potential class members, costs of hiring an administrator, and any other information that will help the Court resolve this issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2015