IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON, on behalf of
himself and all others similarly situated                      PLAINTIFF

v.                  No. 2:12-cv-123-DPM

ULESS WALLACE, HERMAN HALL, and
NEAL BYRD, all in their official capacities                    DEFENDANTS

## ORDER

The City of Helena-West Helena's liability on the first-appearance issue will be tried first the week of March 9th, given that the excessive-force issues in related case № 2:13-cv-84-DPM have mostly been resolved.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 February 2015