IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON, on behalf of
himself and all others similarly situated                    PLAINTIFF

v.                          No. 2:12-cv-123-DPM

ULESS WALLACE, HERMAN HALL, and
NEAL BYRD, all in their official capacities                  DEFENDANTS

ORDER

The parties have informally advised the Court that they've settled. Congratulations. The Court thanks Magistrate Judge Volpe for his efforts bringing everyone together. The 10 March 2015 trial is canceled. All pending motions, № 148 & 176, are denied without prejudice as moot. Joint report on the proposed settlement, and about further notice and a fairness hearing, due by 18 March 2015.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

9 March 2015