IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON, on behalf of
himself and all others similarly situated                             PLAINTIFF

v.                               No. 2:12-cv-123-DPM

ULESS WALLACE, HERMAN HALL, and
NEAL BYRD, all in their official capacities                          DEFENDANTS

ORDER

The Court will hold a hearing on 11 September 2015 at 9:00 a.m. to decide whether the proposed class settlement is fair, reasonable, and adequate. FED. R. CIV. P. 23(e)(2). The hearing will be in Courtroom 1A of the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201. The Court will consider all timely objections received by the Claims Administrator. № 199 at 3. Any class member who wants to be heard about the proposed settlement must be present.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 July 2015