IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY COVINGTON, On Behalf of Himself
and all Others Similarly Situated                                                    PLAINTIFF

v.                                      No. 2:12-cv-123-DPM

NEAL BYRD, in His Official Capacity;
ULESS WALLACE, in His Official Capacity;
RONNIE WHITE, Sheriff of Phillips County
in His Official Capacity; and DALE ACOSTA,
Individually and in his Official Capacity                                          DEFENDANTS

ORDER

The Court appreciates the expedited responses from the City and County. Covington's motion for referral, № 248, is denied in part as moot and granted in part as modified. The disputes regarding the claimants have been resolved. The Court refers the fee issue to Magistrate Judge Volpe. Covington must provide full documentation to the City and The County about his requested attorney's fee and expenses seven calendar days before the mediation.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*15 October 2015*